IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PATRICIA RICHARDSON, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CV3148 |
| | ) | |
| v. | ) | |
| | ) | |
| PARKER HANNIFIN CORPORATION, | ) | |
| | ) | ORDER |
| Defendant. | ) | |

IT HEREBY IS ORDERED:

Counsel and unrepresented parties shall meet and confer in accordance with <u>Fed. R. Civ. P.</u> 26(f) and, by August 19, 2005, file their Report of Parties' Planning Conference.

DATED August 2, 2005.

<u>/s/   David L. Piester</u>
United States Magistrate Judge