```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEBRASKA

PATRICIA RICHARDSON,            )
                                )
            Plaintiff,          )          4:05CV3148
                                )
      v.                        )
                                )
PARKER HANNIFIN,                )             ORDER
                                )
            Defendant.          )
                                )
```

IT IS ORDERED,

The parties' joint oral motion for extension of time to file their report of parties' planning conference is granted. The parties are hereby given until September 6, 2005 to file their Rule 26 meeting report.

DATED this 23rd day of August, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge