IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PATRICIA RICHARDSON, | ) | 4:05CV3148 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **JUDGMENT** |
| | ) | |
| PARKER HANNIFIN CORPORATION, | ) ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to the parties' joint stipulation (filing 13) and Fed. R. Civ. P. 41(a),

IT IS ORDERED that this action is dismissed with prejudice, each party to pay their own costs and attorneys' fees.

October 31, 2005.          BY THE COURT:

                           s/ *Richard G. Kopf*
                           United States District Judge